CSD 1547 [09/27/10]

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

FILED
2024 JUN -3 PM 3:42
CLERK
U.S. BANKRUPTCY CT
SO DIST OF CALIF

## NOTICE OF CHANGE OF ADDRESS

IN RE: Smith, Jeffrey Ryan , Debtor

CASE NUMBER: 24-01743-CL7

PLEASE NOTE: This form may **not** be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, **AMENDMENT**.

Check appropriate box below:

[✔] DEBTOR OR JOINT DEBTOR NAMED BELOW:

NAME: Jeffrey Ryan Smith    [✔] Debtor   [ ] Joint Debtor
(Please print)

NEW ADDRESS: 101 Park Plaza Apt 104  **
(New Street or Post Office Address)

San Diego          California.          92101
(City)             (State)              (ZIP Code)

SIGNATURE: /s/
(Attorney for) Debtor or Joint Debtor

**Note this change of address is only to add the apartment number, which was previously not included.

[ ] CREDITOR NAMED BELOW:

NAME: _____
(Please print)

NEW ADDRESS: _____
(New Street or Post Office Address)

_____
(City)          (State)          (ZIP Code)

SIGNATURE: _____
(Attorney for) Creditor

CSD 1547

1743 NTC